IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY KEEL,

        Plaintiff,         1: 08 CV 0242 OWW WMW PC

  vs.                      ORDER RE MOTIONS (DOC 10, 11, 15)

A. HEDGPETH, et al.,

        Defendants.

      Plaintiff has filed motions titled as request to add facts and request additional arguments. The court construes Plaintiff's motions as a motion for leave to file an amended complaint. Plaintiff is advised that all factual allegations and claims should be set forth in one pleading. The court will not look to another document to make the complaint complete. The court will grant Plaintiff leave to file an amended complaint.

      Accordingly, IT IS HEREBY ORDERED that Plaintiff is granted thirty days from the date of service of this order to file a first amended complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the amended complaint must bear the docket number assigned this case and must be labeled "First Amended Complaint."

IT IS SO ORDERED.

1  **Dated:   September 11, 2008**              **/s/  William M. Wunderlich**
                                            UNITED STATES MAGISTRATE JUDGE