# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHNONY KEEL, | CASE NO. 1:08-cv-0242-OWW-WMW PC |
| Plaintiff, | ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |
| v. | |
| A. HEDGPETH, et al., | |
| Defendants. | |

/

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983 This case was transferred to this court on February 19, 2008. The Court screened Plaintiff's February 3, 2009, first amended complaint pursuant to 28 U.S.C. § 1915A, and found that it states cognizable claims against Defendants Wash, Burrows and Chrones for deliberate indifference to Plaintiff's safety and against Defendant Wash for retaliation. [1] Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008). Accordingly, it is HEREBY ORDERED that:

    1.    Service is appropriate for the following defendants:

        WASH

        BURROWS.

        CHRONES

---

[1] In a Findings and Recommendations issued concurrently with this Order, the Court recommended that Defendants Hedgpeth, Gricewich, Pfeiffer, Adams, Stokes, Ayers and Mash be dismissed.

1

1     2.     The Clerk of the Court shall send Plaintiff three USM-285 forms, three summonses,

2          a Notice of Submission of Documents form, an instruction sheet and a copy of the

3          amended complaint filed February 3, 2009.

4     3.     Within **thirty (30) days** from the date of this order, Plaintiff shall complete the

5          attached Notice of Submission of Documents and submit the completed Notice to the

6          Court with the following documents:

7          a.     Completed summons;

8          b.     One completed USM-285 form for each defendant listed above; and

9          c.     Four (4) copies of the endorsed amended complaint filed February 3, 2009.

10     4.     Plaintiff need not attempt service on Defendants and need not request waiver of

11          service. Upon receipt of the above-described documents, the Court will direct the

12          United States Marshal to serve the above-named defendants pursuant to Federal Rule

13          of Civil Procedure 4 without payment of costs.

14     5.     The failure to comply with this order will result in a recommendation that this action

15          be dismissed.

16

17 IT IS SO ORDERED.

18 **Dated:   March 18, 2009**                **/s/ William M. Wunderlich**
                                        UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28