IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY KEEL,

    Plaintiff,                    1: 08 CV  00242 OWW YNP SMS (PC)

    vs.                            ORDER RE: FINDINGS & RECOMMENDATIONS (#52)

CHROMES, et al.,

    Defendants.

        Plaintiff is a state prisoner proceeding pro se in this civil rights action.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

        On October 6, 2009, findings and recommendations were entered, recommending denial of Plaintiff's motions for preliminary injunctive relief.  Plaintiff was provided an opportunity to file objections within thirty days.   Plaintiff has not filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a _de novo_ review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on October 6, 2009, are adopted in full; and

2. Plaintiff's motions for preliminary injunctive relief are denied.

IT IS SO ORDERED.

**Dated:   November 19, 2009**              /s/ Oliver W. Wanger
                                           UNITED STATES DISTRICT JUDGE