IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY KEEL,

    Plaintiff,                             1: 08 CV 00242 OWW YNP SMS (PC)

vs.                                     ORDER RE: FINDINGS & RECOMMENDATIONS (#62)

A. HEDGPETH, et al.,

    Defendants.

       Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

       On January 11, 2010, findings and recommendations were entered, recommending dismissal of Defendants Burrows and Wash pursuant to Federal Rule of Civil Procedure 4(m). Plaintiff was provided an opportunity to file objections within thirty days. On January 27, 2010, Plaintiff filed objections to the findings and recommendations.

       In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

1

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on January 11, 2010, are adopted in full; and

2. Defendants Burrows and Wash are dismissed pursuant to Federal Rule of Civil Procedure 4(m).

IT IS SO ORDERED.

**Dated:**   February 17, 2010             /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE