# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY KEEL, | CASE NO. 1:08-cv-00242-AWI-SKO PC |
| Plaintiff, | ORDER STRIKING UNSIGNED MOTION |
| v. | (Doc. 84) |
| A. HEDGPETH, et al., | |
| Defendants. | |

Plaintiff Anthony Keel, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on February 19, 2008.  This action was dismissed on January 7, 2011, for failure to exhaust the available administrative remedies and judgment was entered.  On June 1, 2012, Plaintiff filed an unsigned motion seeking release from prison based on newly discovered evidence.

The Court cannot consider unsigned filings and the motion is HEREBY STRICKEN from the record without consideration of its merit.  Fed. R. Civ. P. 11(a); Local Rule 131.

IT IS SO ORDERED.

**Dated:   June 6, 2012**                            /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE

1